JOHN M. GORE
Acting Assistant Attorney General
Civil Rights Division

FARA GOLD
Special Litigation Counsel
MAURA WHITE
Trial Attorney
Criminal Section, Civil Rights Division
United States Department of Justice
601 D ST NW
Washington, DC 20004
202-305-1896/202-616-5103
fara.gold@usdoj.gov/maura.white@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
SEP 25 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER (702) 964-4821 | CASE NO. 2:17-SW-0324 KJN<br><br>ORDER UNSEALING WARRANT |

This matter came before the Court on the United States' request to unseal the application for pen-trap devices and sealing documents in the above-referenced case. For the reasons stated therein, and good cause showing, IT IS HEREBY ORDERED THAT the application for pen-trap devices, and sealing documents in the above-referenced case are unsealed and shall be made part of the public docket.

IT IS SO ORDERED.

DATED: September 25, 2017

_____
HON. CAROLYN K. DELANEY
United States Magistrate Judge